Nicholas Welsh, Respondent, v. Lemoine C. Mead, as Administratrix, etc., of Josiah Mead, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Edward C. Wilson, Plaintiff, v. William A. Blelock and Others, as Town Auditors and Composing the Board of Town Auditors of the Town of Cortlandt, and Others, Defendants.— Oral argument ordered and case set down for Tuesday, January 7, 1908. Present — Woodward, Jenks, Hooker and Miller, JJ.

The People of the State of New York ex rel. James H. Moran, Relator, v. Elliott H. Sniffin and Others, as Inspectors of Election in and for the Fourth Ward of the Village of White Plains, and Peter Paulding, as Clerk of the Village of White Plains.— There being no apparent reason for the decision of this appeal out of its order, it will be heard on reargument, January 6, 1908, so that it may be decided with the other appeals in the same matter to be heard on that day. Woodward, Jenks, Gaynor and Miller, JJ., concurred.

William A. Thomas Company, Plaintiff, v. Gordon-Heitzner Construction Company and Others, Defendants.— Motion denied, without costs. Present — Woodward, Jenks, Gaynor and Miller, JJ.

---

## FOURTH DEPARTMENT, DECEMBER, 1907.

Charles Mott, Respondent, v. Charles L. Collin, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Held, that the court committed reversible error in refusing to charge as requested by defendant's counsel in effect that if the dogs had at any time chased and worried sheep they had no value. All concurred, except Kruse, J., who dissented.

Thomas J. Clemenson, Respondent, v. Franklin L. Lewi Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

William N. White and Alice L. White, Appellants, v. Leslie G. Loomis and Wilbur C. Woodworth, Respondents.— Judgment and orders affirmed, with costs. All concurred, except Robson, J., not voting.

The People of the State of New York, Appellant, v. William Nash, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground that the verdict was contrary to and against the weight of the evidence.

Antoney W. Jann, as Administrator, etc., of Frank Jann, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the finding of the jury that plaintiff's intestate was free from contributory negligence was contrary to and against the weight of the evidence. All concurred, except Spring, J., who dissented.